# EXHIBIT 1

*Baker v. Wade, et al.*, Dav. Cnty. Cir. Ct. Docket No. 24C908

Amended Complaint

COPY-
EFILED 06/20/24 03:13 PM CASE NO. 24C908 Joseph P. Day, Clerk

# IN The circuit Court for Davidson County, Tenn

Princeton Baker
1087 capital ft Nashville TN
Plaintiffs.

VS

ATT. Jennifer Wade, E. Elijah, Wilhoit, Micheal, Craig
V. (OJJDP) ~~office of Juvenile Justice and Delinquency Prevention~~
Nashville Davidson county Juvenile court
100 Woodland St. 37213 Nashville TN.
Defendants.

## Amended Complaint

Injury and Complaint for Violation of the Constitution and of Civil Rights, 4th Amendment Section 1, 8th Amendment Section 1, 14th Amendment section 1

Plaintiffs, for this Cause of Action against Defendants, state to the court.

(1) Princeton Baker) is a citizen and resident of Davidson county Nashville TN.

(2) On June 29, 2022 I (Princeton Baker) was granted Emergency temporary custody of my son (Princeteaon Baker) By Magistrate Jennifer Wade; While Princeteaon Baker was in custody of His mother and CPS, it's NOW 2024 April 10 and the State of Tennessee (CPS) still have him Princeteaon Baker in State custody

(3) On April 10, 2023 I was Misc. Prosecuted and wrongfully arrested By Magistrate E. Elijah Wilhoite, on Charges that I had no Ktroc about and later got Dismissed, based on lack of Notification. While being detained warrent officers (Micheal Craig) Plus others Staffed by Juvenile court used Extreme Excessive Force on me causing me to become Permanetly disabled. Everything was recorded by Juvenile camera and Nashville Davidson County metro Police.

## Injuries

① I suffered cuts, bruises, Permanent Handcuff marks, My left Rotator cuff severely torn. My supraspinatus and infraspinatus tendons Are completely torn. Depression, Anxiety, and PTSD, None have been treated yet but I have Doctors notes and pictures. I'm going to have surgery and alot of Therapy for me and my 4 kids.

## Relief

I'm asking the Courts to grant me money for Actual and Punitive Damages based off the statement of facts and the burden of proof.

① 250k Dollars for any Past or Present medical bills That have occurred from this accident, Therapy for me and my kids, lost wages from being out of work a year plus.
② 750k Dollars in Punitive Damages for unlawful use of the Juvenile Justice system, failure to Provide equal Protection for my child while Under (CPS) supervision,
③ Making Court orders contrary of the state and federal Constitution of the united States of America.

I'm asking the court to grant me a Grand total of 12 million Dollars based off the statement of facts and burden of proof.

April 10, 2024

Princeton Baker
1087 Capital Point
Nashville TN 37203
Telephone: 931-401-3717
Princetonbaker@Gmail.com