UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PRINCETON BAKER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:24-cv-00913 |
| JENNIFER WADE, et al., | ) ) ) |
| Defendants. | ) ) ) |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 8) recommending that the Court dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(b) and find Defendants' Motion to Dismiss (Doc. No. 4) moot. Plaintiff Princeton Baker ("Baker") has not filed timely objections to the R&R despite the Court's specific warnings regarding waiver. (See Doc. No. 9).

Having thoroughly reviewed the R&R, the Court agrees with the Magistrate Judge's analysis. Specifically, the Court agrees that this case should be dismissed pursuant to Rule 41(b), given: (1) Baker is at fault for failing to comply with the Court's order to show cause (see Doc. No. 7); (2) Baker prejudiced Defendants by failing to respond to their Motion to Dismiss (Doc. No. 4); (3) Baker had received prior notice that failure to respond to the Court's order to show cause (Doc. No. 7) could lead to dismissal of his claims; and (4) the less-drastic sanction of dismissal without prejudice is available and appropriate here. (See Doc. No. 8 at 4–7).

Accordingly, the R&R (Doc. No. 8) is **APPROVED AND ADOPTED**; this action is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b); and Defendants' Motion to Dismiss (Doc. No. 4) is **DENIED AS MOOT**. The Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE